# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

## No. 19-2249

BRANDON WILLIAMS,

       Plaintiff - Appellant,

   v.

STATE OF MARYLAND, Office of the Governor; BALTIMORE COUNTY OFFICE OF CHILD SUPPORT ENFORCEMENT,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:19-cv-01938-SAG)

Submitted: January 23, 2020                  Decided: January 28, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Williams, Appellant Pro Se. Karen Hess Rohrbaugh, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Williams appeals the district court's order dismissing his complaint raising several challenges to the garnishment of his wages for enforcement of a Maryland child support order. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the bases for the district court's disposition, Williams has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*